EXHIBIT 1(A)

FILED
2020 Feb-13 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

ELECTRONICALLY FILED
1/27/2020 11:06 AM
41-DV-2020-900030.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

**IN THE DISTRICT COURT OF LAUDERDALE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **ROSELYN NANCE and** | ) | |
| **ALFRED DEVOST** | ) | |
| **408 Thorn Avenue** | ) | |
| **Florence, AL 35630** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **vs.** | ) | **DV-2020-__________** |
| | ) | |
| **NORTH AMERICAN VAN LINES, INC.,** | ) | |
| **d/b/a North American Moving Services,** | ) | |
| **101 East Washington Blvd., Ste. 1100** | ) | |
| **Fort Wayne, IN 46802** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

---

**COMPLAINT**

---

Come now the Plaintiffs in the above-styled cause and file their complaint against the named Defendant, and as grounds for relief would show unto the court the following:

***JURISDICTION***

1. North American Van Lines, Inc., US DOT No. 070851, does business throughout North America, including Alabama, and has substantial contacts with the state which subject it to personal and subject matter the jurisdiction of this Honorable Court.

2. Roselyn Nance is an adult and is a resident of Lauderdale County, Alabama, and has been for over six months preceding the filing of this complaint, and therefore has standing to bring her claim in this Honorable Court.

3. Alfred Devost is an adult and is a resident of Lauderdale County, Alabama, and has been for over six months preceding the filing of this complaint, and therefore has standing to bring her claim in this Honorable Court.

***FACTS***

1. The Plaintiffs, Roselyn Nance and Alfred Devost, contracted with North American Van Lines, Inc., d/b/a North American Moving Services (hereinafter North American) to move all of their household and personal belongings from their prior residence located at 1021 W. Greenwood, Waukegan, IL 60087, to their new home in Florence, Alabama, listed above.

2. Ms. Nance and Mr. Devost parted with good and valuable consideration in the amount of $4,050.77, as noted on the attached Exhibit "A".

3. After they had registered for moving services, the move was completed on or about November 17, 2016, as indicated by Exhibit "B".

4. An inventory of the household goods moved is attached hereto as Exhibit "C".

5. During the move, two (2) urns containing dear family members' ashes were lost in transit by North American. Additionally, twenty (20) pairs of expensive shoes were missing or damaged. Three (3) bracelets, CDs, cookware, and other items were also damaged or missing during transit.

6. The Plaintiffs have made repeated efforts to try to obtain compensation for their loses to no avail. The undersigned counsel has repeatedly attempted to resolve this dispute to no avail.

7. By far, the most expensive items lost, and also the most sentimental, were the family urns containing the ashes of loved ones. Urns containing the ashes of James Carlton Little and Eula C. Hughes were lost, and the memorial arrangements, purchase of the urn, cremation and related costs are delineated on Exhibit "D" attached hereto and made a part hereof.

## *BREACH OF CONTRACT*

1. North American owed the Plaintiffs a duty to move their personal items and effects with due care and in a good and workman-like manner.

2. North American breached that duty by damaging some property, losing or stealing other property, and most sadly, losing the urns containing the ashes of two beloved family members.

3. Although a breach of contract does not ordinarily allow damages for mental anguish and emotional distress, certain types of contracts allow those damages. Plaintiffs contend that this falls within the same category as emotional distress and mental anguish damages which are allowed in breach of contract cases involving home and/or residences.

**WHEREFORE, THE PREMISES CONSIDERED,** Plaintiffs hereby demand judgment against North American in the amount of $20,000.00, plus costs and other charges allowable by law.

*/s/ Frank B. Potts*
Frank B. Potts (POT 003)
Attorney for Plaintiff

**OF COUNSEL:**
**POTTS & YOUNG ATTORNEY, LLP**
**109 S. Court Street**
**Florence, AL 35630**
**T: (256) 764-7142**
**F: (256) 764-7717**
**frankpotts@pottsyoung.com**

**SERVE DEFENDANT BY CERTIFIED MAIL:**

EXHIBIT "A"

EXHIBIT 1(A)

1/7/2020 11:06 AM
41-DV-2020-900030.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

northAmerican. MOVING SERVICES
northamerican.com

beltmann relocation GROUP

1800-348 3746

| Origin Address | Destination Address |
|---|---|
| Roselyn Nance<br>1021 W Greenwood<br>Waukegan, IL 60087<br>H: (224) 817-1033<br>roselynnance@gmail.com | Roselyn Nance<br>408 Thorn Ave<br>Florence, AL 35630<br><br>roselynnance@gmail.com |

| Origin Agent | Destination Agent |
|---|---|
| | |

**Agreed Service Dates**

| | |
|---|---|
| Pack | |
| Pickup | 11/18/2016 to 11/18/2016 |
| Delivery | 11/22/2016 to 11/29/2016 |
| Unpack | |

**Move Consultant**



Desiree Stokes
Beltmann Chicago
desiree.stokes@beltmann.com
P: (630) 665-7439

**Move Coordinator**

Beltmann Chicago Heather Olson 651-639-2890

**PRICELOCK Guaranteed Price (valid until 11/19/2016)**

This Binding Guaranteed Price applies only for the services outlined below and only for the items to be moved as shown on the accompanying Estimate Inventory Summary. Charges associated with additional articles, quantities, and/or services requested or required to service this shipment, if any, will be added to the quoted price.

| | |
|---|---|
| Moving Transportation (based on 6,752 lbs/601 Miles) | $3,266.28 |
| Maximum Value Protection ($40,600 declared w/ $0 deductible) | $461.00 |
| Packing Services | $246.14 |
| Miscellaneous Charges | $77.35 |
| **PRICELOCK Guaranteed Binding Price (USD)*** | **$4,050.77** |

This Guaranteed Price applies only for the services outlined below and only for the items to be moved as shown on the accompanying Estimate Inventory Summary. Charges associated with additional articles, quantities, and/or services requested or required to service this shipment, if any, will be added to the quoted price.

This PRICELOCK Guaranteed Price includes Maximum Value Protection of your goods at the level indicated by the checkmark below. For your convenience, here are other Maximum Value Protection options for your consideration.

| Maximum Value Protection $40,600.00 | Total PRICELOCK Guaranteed Price |
|---|---|
| ☑ with $0 deductible | $4,050.77 |
| ☐ with $250 deductible | $3,927.77 |
| ☐ with $500 deductible | $3,864.77 |
| OR | |
| ☐ Basic Coverage | $3,589.77 |

Basic Coverage protects your goods at 60¢ pound/item to a maximum of $4,051.20. Example of Basic Coverage: A flat screen TV (100 pounds) with an actual replacement value of $1,000 will only be protected up to a maximum of $60. Select an option other than basic coverage to protect your goods at their full replacement value.

**Estimate Acknowledgement**

I hereby acknowledge that I have received the "Ready to Move" brochure and the "Your Rights and Responsibilities When You Move" booklet which also contains a description of North American Van Lines, Inc.'s Complaint and Inquiry Handling Procedure and its arbitration program.

X ______________________________
Customer's Signature    Date

**Order for Service**

I acknowledge receipt of a copy of this Order for Service. I request that North American Van Lines, Inc. furnish the services described in this order, subject to the terms and conditions of the North American Van Lines, Inc. household goods bill of lading issued at the time North American Van Lines, Inc. takes possession of this shipment.

X ______________________________
Customer's Signature    Date

X Desiree Stokes    10/20/2016
Consultant's Signature    Date

Payment method

☐ Cash ☐ AMEX ☐ Visa
☐ Cashier's Check ☐ Discover ☐ Master Card

WARNING: If a moving company loses or damages your goods, there are 2 different standards for the company's liability based on the types of rates you pay. BY FEDERAL LAW, THIS FORM MUST CONTAIN A FILLED-IN ESTIMATE OF THE COST OF A MOVE FOR WHICH THE MOVING COMPANY IS LIABLE FOR THE FULL (REPLACEMENT) VALUE OF YOUR GOODS in the event of loss of, or damage to, the goods. This form may also contain an estimate of the cost of a move in which the moving company is liable for FAR LESS than the replacement value of your goods, typically at a lower cost to you. You will select the liability level later, on the bill of lading (contract) for your move. Before selecting a liability, please read "Your Rights and Responsibilities When You Move," provided by the moving company, and seek further information at the government website www.protectyourmove.gov.

EXHIBIT "B" EXHIBIT (A)

ELECTRONICALLY FILED
1/27/2020 11:06 AM
41-DV-2020-900030.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

# CUSTOMER PROPERTY DAMAG

**CUSTOMER NAME:** Vance

**CONTRACT #** 204829

**ORIGIN:**

**INITIAL**

AV **Customer has removed all valuable and breakables from drawers, safes, luggage, files, etc.**

AV **Customer releases driver/packer from all responsibility for condition of frozen food & plants on arrival at destination**

_____ **Customer has inspected residence and verifies that all items have been removed and that no property damage has occurred**

**DESTINATION:**

**INITIAL**

_____ **Customer has inspected residence at destination. No property damage has occurred to yard or residence**

_____ **Customer has inspected the empty truck to ensure that all items were delivered.**

_____ **All requested items have been reassembled**

**CUSTOMER SIGNATURE** Alfred V. Vance **DATE** 11-17-16

**REMARKS:**

$12,000 — 2 urns missing
$150 — pictures broken
Jordan Shoes 20 pair
3 Blankets CDS movies Cookware
from Mexico 100
$120.00

ELECTRONICALLY FILED
1/17/2020 11:06 AM
41-DV-2020-900030.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

EXHIBIT 1(A)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

Driver or Agent #: BNA 1984
Customer Name: Lance
Origin City, State: Knulegan, IL
Destination City, State: Florence, Al
GBL #:

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, (WS) Water-stained, (WT) Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, (SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | 1.5 Ctn CP | | PACKS box | |
| | | PBO Plastic tote | | PBO-W | |
| | | ↓ ↓ | | ↓ ↓ | |
| | | PBO Carton | | ↓ ↓ | |
| | | Triple dresser | | 10·2 58 470·SC GCHFL | |
| | | dresser mirror | | 10·2 58 47·12·SC GCHFL | |
| | | Small trunk | | 10·2 58 479·SC GCHF | |
| | | PBO Plastic tote | | PBO-W | |
| | | ↓ ↓ | | ↓ ↓ | |
| 10 | | ↓ ↓ | | ↓ ↓ | |
| | | ↓ ↓ | | ↓ ↓ | |
| | | night stand | | 10·2·58·479·SC GCHF | |
| | | Fan | | MCU·SO W SC DL | |
| | | PBO X large Ctn | | PBO-W | |
| 15 | | ↓ ↓ | | ↓ ↓ | |
| | | PBO Small Ctn | | ↓ ↓ | |
| | | Headboard | | 10·2 58 479·SC GCHF | |
| | | Footboard | | 10·2 58 470·SC GCHF | |
| | | Siderail | | 58 470·SC GCHF | |
| 20 | | ↓ | | 58 470·SC GCHF | |
| | | Queen mattress | | SO W FP | |
| | | & box Spring | | SO W FP·2 T | |
| | | metal frame | | 10 2 58 479·SC DFW | |
| | | [illegible] | | SO W T· All over | |
| 25 | | [illegible] | | BK·MCU·SO W SC DL | |
| | | PBO Small Ctn | | PBO-W | |
| | | ↓ ↓ | | ↓ ↓ | |
| | | PBO Plastic tote | | PBO-W | |
| | | ↓ ↓ | | | |
| 30 | | ↓ ↓ | | ↓ ↓ | |

Remarks:

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver [signature] | Code | Date 7-17-16 | AT DESTINATION | Driver | Code | Date | |
| | Customer [signature] | | Date 7-17-16 | | Customer | | Date | |

U.S. DOT NO. 070851 North American Van Lines, Inc.

Principle Copy – Driver Account

FORM 14 (Rev. 8/10)

EXHIBIT "C"(A)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | |
|---|---|---|---|
| Driver or Agent # | BLA 1981 | Page # 2 | # of Pages |
| Customer Name | Nance | Registration # 3 182-1 | |
| Origin City, State | Waukegan, IL | Tag Color | Lot # 428126 |
| Destination City, State | Florence, AL | GBL # | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, WS Water-stained, WT Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 31 | | PBO Plastic tote | | PBO-WI | |
| | | | | | |
| | | PBO carton | | PBO-WI | |
| | | | | | |
| 35 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 40 | | | | | |
| | | | | | |
| | | PBO Plastic tote | | PBO-WI | |
| | | | | | |
| | | | | | |
| 45 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 50 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 55 | | | | | |
| | | mirror ctn CP | | CP Picture | |
| | | | | mirror | |
| | | PBO small Ctn | | PBO-WI | |
| | | PBO Bag | | | |
| 60 | | PBO Plastic tote | | | |

Remarks:

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver [illegible] | Code | Date 7-12-16 | AT DEST-INATION | Driver | Code | Date |
| | Customer [illegible] | | Date 7-12-16 | | Customer | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc. FORM 14 (Rev. 8/10)

EXHIBIT C (A)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | |
|---|---|---|---|
| Driver or Agent # | [illegible] | Page # [illegible] | # of Pages |
| Customer Name | [illegible] | Registration # [illegible] | |
| Origin City, State | [illegible] | Tag Color [illegible] | Lot # [illegible] |
| Destination City, State | [illegible] | GBL # | |

**PART & LOCATION**

1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**

BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, WS Water-stained, WT Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**

CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| [illegible] | | [illegible] | | [illegible] | |
| [illegible] | | [illegible] | | [illegible] | |
| [illegible] | | [illegible] | | [illegible] | |
| [illegible] | | [illegible] | | [illegible] | |
| [illegible] | | | | [illegible] | |

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right abo[ve]. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-37[...]

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete li[st of] the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver | Code | Date | AT DESTINATION | Driver | Code | Date |
| | Customer | | Date | | Customer | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc.

EXHIBIT "C(A)"

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | |
|---|---|---|---|
| Driver or Agent # | FNA 1080 | Page # 6 | # of Pages |
| Customer Name | Nance | Registration # 204829 | |
| Origin City, State | Waukegan, IL | Tag Color [illegible] | Lot # 428078 |
| Destination City, State | Florence, AL | GBL # | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, (WS) Water-stained, (WT) Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, (SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 151 | | [illegible] | | PBO-CU | |
| | | ↓ ↓ | | ↓ ↓ | |
| | | Folding chair | | SOWFR·MCU | |
| | | Triple dresser | | 10·2584 7C·SCGCHFL | |
| 155 | | dresser mirror | | 10·258470·SCGCH | |
| | | Bar Stool | | SOWSCD | |
| | | night stand | | 10·258470·SC GCHL | |
| | | lamp | | MCU SOWSCD | |
| | | Headboard | | 10·258470·12·SCGCHFL | |
| 160 | | footboard | | 10·258470·12·SCGCHFL | |
| | | Siderail | | 58470·SCGCH | |
| | | ↓ | | 58470·SCGCH | |
| | | Bed Slats | | SC GCHF | |
| | | Queen mattress | | SOWFR | |
| 165 | | ↓ box Spring | | SOWFR·2T | |
| | | Stereo Equipt. | | MCU SOWSCD | |
| | | ↓ ↓ | | SOWSCD | |
| | | | | SOWSCD | |
| | | | | SOWSCD | |
| 170 | | | | SOWSCD | |
| | | | | SOWSCD | |
| | | ↓ ↓ | | ↓ SOWSCD | |
| | | Kit. chair | | 10·258476·14SC DFW | |
| | | ↓ ↓ | | 10·258476·14SC DFW | |
| 175 | | | | 10·258476·14SC DFW | |
| | | ↓ ↓ | | 10·258476·14SC DFW | |
| | | Kit table base | | 58470·SCGCHFL | |
| | | Kit. table glass | | SOWSCDZ not packed | |
| | | Speaker | | MCU 10·258470SCGCHF | |
| 180 | | ↓ | | ↓ 10·258470·SCGCHF | |

Remarks:

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver [signature] | Code | Date 7-17-16 | AT DEST-INATION | Driver | Code | Date |
| | Customer [signature] | | Date 7-17-16 | | Customer | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc.

FORM 14 (Rev. 8/10)

EXHIBIT "C"(A)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | |
|---|---|---|---|
| Driver or Agent # | EDY 1084 | Page # 4 | # of Pages |
| Customer Name | Moore | Registration # 204829 | |
| Origin City, State | Wolverton, IL | Tag Color red | Lot # 428078 |
| Destination City, State | Florence, AL | GBL # | |

**PART & LOCATION**

1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**

BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, W/S Water-stained, W/T Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**

CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 91 | | PBO Carton | | PBO-CU | |
| | | ↓ | | ↓ | |
| | | ↓ | | ↓ | |
| | | PBO Plastic tote | | | |
| 95 | | ↓ | | ↓ | |
| | | ↓ | | ↓ | |
| | | PBO Carton | | | |
| | | ↓ | | ↓ | |
| 100 | | washer | | MCU 10 2 58479 SC FW | |
| | | Dryer | | ↓ 10 2 58479 SC DFW | |
| | | wardrobe Ctn CP | | CP Bsmt Mir | |
| | | Small Weber Grill | | SO W SC D RU | |
| | | PBO Carton | | PBO CU | |
| 105 | | ↓ | | ↓ | |
| 110 | | ↓ | | ↓ | |
| | | ↓ | | ↓ | |
| | | End table | | 10 2 58479 SC GCH | |
| | | ↓ | | 10 2 58479 SC GCH | |
| 115 | | Coffee table | | 10 2 58479 SC GCH | |
| | | Leather Sofa | | SO W F R T | |
| | | ↓ | | SO W F R T | |
| | | T.V Stand | | 10 2 58479 SC DFW SO | |
| | | PBO TV Carton | | PBO CU | |
| 120 | | CD Rack | | 10 2 58479 SC DFW | |

Remarks: ________

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver [signature] | Code | Date 7-17-11 | AT DEST-INATION | Driver | Code | Date |
| | Customer [signature] | Code | Date 7-17-11 | | Customer | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc.

FORM 14 (Rev. 8/10)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

EXHIBIT "C"(A)

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | |
|---|---|---|---|
| Driver or Agent # | [illegible] | Page # 5 | # of Pages |
| Customer Name | [illegible] | Registration # 264829 | |
| Origin City, State | [illegible], IL | Tag Color [illegible] | Lot # 1428078 |
| Destination City, State | [illegible], AL | GBL # | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, WS Water-stained, WT Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 121 | | [illegible] | | | |
| | | PBO plastic tote | | PBO CU | |
| 125 | | | | | |
| 130 | | | | | |
| | | PBO Carton | | PBO CU | |
| 135 | | | | | |
| 140 | | PBO carton | | PBO CU | |
| 145 | | | | | |
| 150 | | | | | |

Remarks:

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver [illegible] | Code | Date 11-12-16 | AT DEST-INATION | Driver | Code | Date |
| | Customer [illegible] | | Date 11-12-16 | | Customer | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc.

FORM 14 (Rev. 8/10)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

EXHIBIT "C"(A)

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Driver or Agent # | BNA1484 | Page # | 4 | # of Pages | |
| Customer Name | Nance | Registration # | 304829 | | |
| Origin City, State | Waukegan, IL | Tag/Color | Red | Lot # | 1178028 |
| Destination City, State | Vernon, AL | GBL # | | | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, WS Water-stained, WT Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled; CP Carrier Packed; CU Contents and Condition Unknown; DBO Disassembled By Owner; MCU Mechanical Condition Unknown; PB Professional Books; PBO Packed By Owner; PE Professional Equipment; PP Professional Papers; SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 181 | | mirror ctn CP | | CP Pictures | |
| ↓ | | ↓ ↓ | | ↓ ↓ | |
| 185 | | | | | |
| 190 | | | | | |
| 195 | | | | | |
| 200 | | | | | |
| 205 | | | | | |
| 210 | | | | | |

Remarks: ______

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver: EBK (signature) | Code | Date: 11-7-16 | AT DESTINATION | Driver | Code | Date |
| | Customer: (signature) | | Date: 11/7/16 | | Customer | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc.

FORM 14 (Rev. 8/10)

EXHIBIT "C"(A)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5,7 | 7,13 | 8,7 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | 13 | 4,13 | 5,13 | 13 | 8,13 | 4,13 | 13 | 7,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 5,7 | 7,13 | 8,7 | | | |

| | | | |
|---|---|---|---|
| Driver or Agent # [illegible] | | Page # 2 | # of Pages |
| Customer Name Bossu, Nance | | Registration # 20-1827 | |
| Origin City, State Washington, IL | | Tag Color red | Lot # 4728078 |
| Destination City, State Florence AL | | GBL # | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, (WS) Water-stained, (WT) Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
(SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 2F | | Urns | | Marble white | |
| | | [illegible] | | | |

118 Pine St
Mt Pottz

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

INV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver [illegible] | Code | Date | AT DESTINATION | Driver | Code | Date |
| | Customer [illegible] | | Date 11/12/16 | | Customer [illegible] | | Date |

U.S. DOT NO. 070851 North American Van Lines, Inc. FORM 14 (Rev. 8/10)

Oct 03 2018 11:07:57 Via Fax -> NEXTIVA54 Vonage

EXHIBIT (A)

ELECTRONICALLY FILED
1/27/2020 11:06 AM
41-DV-2020-900030.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

Westgate Funerals

**LOVING MEMORY**

Funeral arrangements for: James Carlton Little

Professional Service
Removal of Love one
Embalming
Dressing & Casketing
Director & Staff for Funeral
Visitation
Wake and Funeral Service
Graveside service
~~Hearse~~ → $418.70
~~One Limousine~~
Register Book
Acknowledgement Cards
One Death Certificate
200 B/W Programs

1 Memorial Arrang.
all (white) picture
in the center
Wilbert Urn-P9042M
(White) Page 31
Embrace Marble

| | |
|---|---|
| Total Package | $4760.00 |
| LIMO | +350.00 |
| ~~Casket~~ | ~~4410.00~~ |
| URN | 420.00 |
| ~~Vault~~ | |
| Flowers | 250.00 |
| Other | 4661.00 |
| Tax | 35.70 |
| Total | 4,697.00 |
| Payment | |
| Balance | 4,697.00 |
| add LIMO | 350.00 |
| | $5,047.00 |

Guarantor: [signature] Date: 6/20/2014

Provider: [signature] Date: 6/20/2014

618 Washington Street, Waukegan, IL 60085
Phone: (847) 662-8000
www.westgatefuneralsandtributes.com

5465.70

# Westgate Funerals

ETERNALLY YOURS

Funeral arrangements for: Eula C Hughes

Professional Service
Removal of Love one
Embalming
Dressing & Casketing
Director & Staff for Funeral
Visitation
Wake and Funeral Service
Graveside service
Hearse
Two Limousines
Register Book
Acknowledgement Cards
One Death Certificate
200 B/W Programs color
3 Floral Arrangements

| | | |
|---|---|---|
| | Total Package | ~~$4660.00~~ 2950 |
| Rental | Casket | 650.00 |
| | Vault | |
| | Flowers | |
| Cremation | Other | 285.00 |
| | Tax | 65.00 |
| | Total | |
| | Payment | -0- |
| | Balance | 3940.00 |

2/11/2016 - 500.00 Township

X Guarantor — Date

Provider — Date 2/11/2016 3440.00

250.00
125.00
3915.00
- 3000.00
$915.00

915.00
500.00
415.00

Chicago

Phone: (773) 533-9378

Waukegan

616, 618 Washington St.
Waukegan, IL 60085
Phone: (847) 662-8000